```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00019
   DONN E KRAUSS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-5188


-------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/02/08 and confirmed on 03/21/08.

   2.  The case was dismissed after confirmation, 10/31/2008.

   3.  The Debtor paid a total of $   3390.00 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
POPULAR BANK               CURRENT MORTG          .00             .00             .00
POPULAR BANK               MORTGAGE ARRE          .00             .00             .00
DUPAGE COUNTY COLLECTOR    SECURED                .00             .00          189.76
AT&T MOBILITY LLC          UNSECURED        NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED          1084.03             .00             .00
MEA ELK GROVE              UNSECURED        NOT FILED             .00             .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00       1084.03         .00       1084.03
PRINCIPAL PAID        189.76         .00            .00        .00        189.76
INTEREST PAID            .00         .00            .00        .00            .00
TOTAL PAID            189.76         .00            .00        .00        189.76
The Debtor's attorney, DAVID M SIEGEL                   , was allowed $   3500.00
and was paid $    376.00  direct and $   3003.62  through the plan.

The Trustee received $    196.62 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated:  01/14/09                     /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
     CASE NO. 08 B 00019 DONN E KRAUSS
```